# EXHIBIT B

Case 2:08-cv-00369-LKC   Document 1-2   Filed 01/24/08   Page 2 of 3



June 27, 2007

**VIA CERTIFIED MAIL - RRR and REGULAR MAIL**
Mr. James R. Wolfsgruber
JRW, Inc.
d/b/a Cottman Transmission Center
1410 West New Haven Avenue
Melbourne, FL 32904

    Re:    **Breach of License Agreement**
                **1410 West New Haven Avenue**
                **Melbourne, FL 32904**

Dear Mr. Wolfsgruber:

This letter shall serve as Formal Notice of the following breaches of your License Agreement dated October 28, 2002, with Cottman Transmission Systems, LLC:

    1.    Failure to pay continuing license fees in the amount of Four Thousand One Hundred Thirty-Two dollars and Forty-Eight cents ($4,132.48) as of June 23, 2007, on gross sales in violation of Section 8 of your License Agreement.

    2.    Failure to pay continuing advertising fees in the amount of Fourteen Thousand Three Hundred Eighty dollars ($14,380.00) as of June 23, 2007 on gross sales in violation of Section 9 of your License Agreement.

In addition to the above violations, you have failed to submit weekly business reports for the weeks of 5/19/07, 5/26/07, 6/2/07, 6/9/07, 6/16/07 and 6/23/07. The projected fees based on your verbal gross sales owed for the unreported weeks are as follows:

        a.  License Fees    -    $4,012.88

        b.  Advertising    -    $2,520.00

Collection expenses, penalties, late charges and other miscellaneous items have also been assessed in the amount of One Thousand Three Hundred Fifty dollars and Three cents ($1,350.03).

Cottman Transmission Systems, LLC
201 Gibraltar Road, Suite 150 • Horsham, PA 19044 • 215.643.5885 • Fax 215.956.0340 • www.cottman.com

Mr. James R. Wolfsgruber
June 27, 2007
Page 2

Therefore, demand is hereby made that payment in the amount of Twenty-Six Thousand Three Hundred Ninety-Five dollars and Thirty-Nine cents ($26,395.39) be made in full to this office within ten (10) days of this letter.

Under the terms of the License Agreement, Cottman is giving you ten (10) days within which to cure the breaches noted above. If you fail to cure said breaches and fully comply with all terms of your License Agreement within the time period provided, Cottman may exercise its right to terminate your License Agreement without further warning. Further, this notice is without prejudice to any rights Cottman may have to effect an immediate termination based on other breaches of the License Agreement.

Sincerely yours,

COTTMAN TRANSMISSION SYSTEMS, LLC

William B. Jameson
Vice President and General Counsel

cc:     Todd Leff, Mike Sumsky, Bill Gordon, Allen Sinclair, Steve Freeman