# EXHIBIT C



November 27, 2007

**VIA CERTIFIED MAIL – RRR and REGULAR MAIL**
Mr. James R. Wolfsgruber
Cottman Transmission Center
1410 West New Haven Avenue
Melbourne, FL 32904

Re:  **Breach of License Agreement**
     **1410 West New Haven Avenue**
     **Melbourne, FL 32904**

Dear Mr. Wolfsgruber:

This letter shall serve as Formal Notice of the following breaches of your License Agreement dated October 28, 2002, with Cottman Transmission Systems, LLC:

    1.    Failure to pay continuing license fees in the amount of Twelve thousand seven hundred ninety-nine dollars and seventy-eight cents ($12,799.78) as of November 10, 2007, on gross sales in violation of Section 8 of your License Agreement.

    2.    Failure to pay continuing advertising fees in the amount of Sixteen thousand four hundred sixty-three dollars and seventy-five cents ($16,463.75) as of November 10, 2007 on gross sales in violation of Section 9 of your License Agreement.

In addition to the above violations, you have failed to submit weekly business reports for the weeks of 10/6/07 thru 10/27/07 and 11/3/07 thru 11/10/07. The projected fees based on your verbal gross sales owed for the unreported weeks are as follows:

    a. License Fees    –    $3,126.00

    b. Advertising    –    $2,752.50

Collection expenses, penalties, late charges and other miscellaneous items have also been assessed in the amount of Two thousand five hundred five dollars and ninety-one cents ($2,505.91).

Therefore, demand is hereby made that payment in the amount of Thirty-seven thousand six hundred forty-seven dollars and ninety-four cents ($37,647.94) be made in full to this office within ten (10) days of this letter.

Cottman Transmission Systems, LLC
201 Gibraltar Road, Suite 150 • Horsham, PA 19044 • 215.643.5885 • Fax 215.956.0340 • www.cottman.com

Mr. James R. Wolfsgruber
November 27, 2007
Page 2


Under the terms of the License Agreement, Cottman is giving you ten (10) days within which to cure the breaches noted above. If you fail to cure said breaches and fully comply with all terms of your License Agreement within the time period provided, Cottman may exercise its right to terminate your License Agreement without further warning. Further, this notice is without prejudice to any rights Cottman may have to effect an immediate termination based on other breaches of the License Agreement.

Sincerely yours,
COTTMAN TRANSMISSION SYSTEMS, LLC

William B. Jameson
Vice President and General Counsel


cc:     Todd Leff, Jim Goniea, Allen Sinclair, Steve Freeman