# EXHIBIT E





**superpages.com**

**TRANSMISSIONS—TRAVEL** **621**

TRANSMISSIONS-AUTOMOBILE—(cont'd)

**COTTMAN TRANSMISSION CENTERS**



Since 1962
- FREE TransCheck 21 PLUS®
  Inspection (Includes
  Electronic Scan - an $85 Value)
- NATIONWIDE WARRANTY
- Ask About our FREE TOWING
  www.cottman.com

**COTTMAN TRANSMISSION CENTER**
1410 West New Haven Avenue Melbourne
................................ 321 768-7665

D T P Sales And Service
  Toll Free-Dial '1' & Then......... 877 387-2838
Dewey's Transmissions And Auto Repair Inc
  1835 Aurora Rd Melbourne...... 321 259-0505
Ellis Road Transmission Service
  7622 Ellis Rd Melbourne........ 321 725-0047
JW Performance Transmission
  1826 Baldwin St Rockldge...... 321 632-6205
Jon's Transmission Inc
  153 Ring Av NE Palm Bay....... 321 676-6206
Palmer's Auto Repair
  7609 Tropic Dr W Melb.......... 321 725-0611
Pro Torque Converters Inc
  1301 Morningside Dr Melbourne.. 321 956-0899
T G Transmission
  295 S Wickham Rd W Melb...... 321 726-9700
Trans II Services Inc
  6955 W Nasa Blvd Melbourne.... 321 725-9834
Trans-Fix Transmission
  1445 W King St Cocoa.......... 321 631-4522
  1445 W King St Cocoa.......... 321 633-6801
Transmasters
  1465 Clearmont St Ne Palm Bay. 321 725-9950

**TRANSMISSIONS-MARINE**

CAF Inc  780 Mullet Rd Cpe Cnvl.. 321 783-6233
Z F Marine
................................ 321 449-0995

**TRANSPORTATION LINES**

Inter-Rail Transportation Inc
  6601 Tico Rd................. 321 264-0027
Suddath Van Lines  Melb.......... 321 676-0934

**TRANSPORTATION SERVICES**

D & M Transportation
  140 Gladiola Rd Ne Palm Bay.... 321 724-4338
1st Choice Care Transportation.... 321 751-5554
Kenan Transport Company
  245-B Challenger Rd Cape Canaveral
................................ 321 799-1200
Mike Erdman Mobility
  1555 E Merritt Island Cswy Mer Isl
................................ 321 454-4430
Ozark Wheelchair Cab Co
  Palm Bay..................... 321 674-9155
TransCor America Inc
  571 Haverty Ct Rockledge....... 321 631-0993
U-Haul Co
  3345 N Courtenay Pkwy........ 321 449-1221

U-Haul Co  2225 Garden St Tsvl... 321 383-5071
Us Prisoner Transport
  1220 Prospect Av Melb........ 321 725-5570
Wildcare Medicare Service
  1007 Beverly Dr Rockledge...... 321 576-0262

**TRASH COMPACTORS-COMMERCIAL & INDUSTRIAL**

Hise & Lee Enterprises Inc........ 321 727-1529

**TRAVEL AGENCIES & BUREAUS**

See Also
**Steamship Companies**

ABC Travel
  4680 Lipscomb St NE Palm Bay.. 321 722-2882
Air Land & Sea Travel............ 321 784-5570
Air Land And Sea Travel Agency
  66 N Atlantic Av Cocoa Beach... 321 783-4900
Air Land & Sea Travel Wedding Coordinator
  66 N Atlantic Av Cocoa Beach... 321 799-1888
All About You Travel Unlimited
  234 King St Coco.............. 321 631-8080
All-Ways Travel Bureau Of Titusville Inc
  105 Seminole St Titusville...... 321 269-0420
American Cruise-Aid Logistics Inc
  9008 Marlin St Cape Canaveral.. 321 784-8120
Apollo Travel................... 321 984-3125
**BEYOND & BACK TRAVEL**
  401 Ocean Av Melbourne Beach.. **321 725-9720**
Brevard Travel Service
  715 N Courtenay Pkwy Merritt Island
................................ 321 459-1990
C KIM Group The
  599 Sherwood Av Satellite Beach
................................ 321 777-1707
Cruiseone
  955 Loggerhead Island Dr Satellite Beach
................................ 321 777-9968
Destination Cruise
  2920 Kelley St Titusville....... 321 268-2843
Destiny Vacation Club  Orl....... 321 638-0950
Exclusively Travel.............. 321 777-7444
Florida Greeter
  3689 Long Leaf Dr Melbourne.... 321 259-6300
Gadabout Travel
  Ind Hr Bch................... 321 773-8008
  Fax Line 7777 N Wickham Rd Melb
................................ 321 253-1980
Gadabout Travel
  7777 N Wickham Rd Melb....... 321 253-3674
Ginny's Travel
  417 Brevard Av Cocoa......... 321 632-5610
Global Tours & Travel Inc....... 321 676-6040
Go Travel  205 Parnell St Mer Isl.. 321 453-1702
Go Travel
  375 Commerce Pkwy Rockldge... 321 690-4338
Go Travel
  1440 Saturn St Merritt Island... 321 449-9010
Gotta Go Travel................ 321 722-0777
Henden Travel Inc
  2731 Whistler St Melbourne..... 321 409-9301
Island Style Travel
  1598 SW Gould Av............. 321 952-1500
Joline's Travel Bureau Inc
  212 W Cocoa Beach Cswy....... 321 783-7666
Magnuson Corp
  100 Parnell St Merritt Island.... 321 449-9504
My Apollo Travel
  1103 W Hibiscus Blvd.......... 321 729-8899
New Century Travel
  230 Tiki Dr Merritt Island....... 321 986-8223

T

(CONTINUED NEXT PAGE)

JS 44   (Rev. 11/04)                                    CIVIL COVER SHEET                                    APPENDIX H

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided
by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating
the civil docket sheet.   (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

| I. (a)  PLAINTIFFS | DEFENDANTS |
|---|---|
| Cottman Transmission Systems, LLC | James R. Wolfsgruber <br> JRW, Inc. |
| **(b)**  County of Residence of First Listed Plaintiff  Montgomery <br> (EXCEPT IN U.S. PLAINTIFF CASES) | County of Residence of First Listed Defendant _____ <br> (IN U.S. PLAINTIFF CASES ONLY) <br> NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE <br> LAND INVOLVED. |
| **(c)**  Attorney's (Firm Name, Address, and Telephone Number)  In House Counsel <br> 201 Gibraltar Road, Suite 150 <br> Horsham, PA  19044 | Attorneys (If Known) <br> unknown |

| II. BASIS OF JURISDICTION   (Place an "X" in One Box Only) | III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only) |
|---|---|

II. BASIS OF JURISDICTION   (Place an "X" in One Box Only)

☐ 1   U.S. Government      ☒ 3   Federal Question
        Plaintiff                    (U.S. Government Not a Party)

☐ 2   U.S. Government      ☐ 4   Diversity
        Defendant                  (Indicate Citizenship of Parties in Item III)

III. CITIZENSHIP OF PRINCIPAL PARTIES (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

IV. NATURE OF SUIT   (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury - | of Property 21 USC 881 | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs. | ☐ 830 Patent | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | Liability | ☐ 660 Occupational | ☒ 840 Trademark | ☐ 480 Consumer Credit |
| Student Loans | ☐ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | | ☐ 490 Cable/Sat TV |
| (Excl. Veterans) | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Property Damage | Act | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge |
| ☐ 190 Other Contract | Product Liability | ☐ 385 Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Product Liability | ☐ 730 Labor/Mgmt.Reporting | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | Injury | | & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | ☐ 791 Empl. Ret. Inc. | or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | **Habeas Corpus:** | Security Act | ☐ 871 IRS—Third Party | ☐ 895 Freedom of Information |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | | 26 USC 7609 | Act |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 900Appeal of Fee Determination |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | | | Under Equal Access |
| | Employment | ☐ 550 Civil Rights | | | to Justice |
| | ☐ 446 Amer. w/Disabilities - | ☐ 555 Prison Condition | | | ☐ 950 Constitutionality of |
| | Other | | | | State Statutes |
| | ☐ 440 Other Civil Rights | | | | |

V. ORIGIN   (Place an "X" in One Box Only)

☒ 1  Original       ☐ 2  Removed from      ☐ 3  Remanded from      ☐ 4  Reinstated or      ☐ 5  Transferred from      ☐ 6  Multidistrict      ☐ 7  Appeal to District
      Proceeding           State Court            Appellate Court          Reopened            another district          Litigation            Judge from
                                                                                                (specify)                                       Magistrate
                                                                                                                                                Judgment

| VI. CAUSE OF ACTION | Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity): <br> 15 U.S.C.A. §§1114 and 1125 <br> Brief description of cause: <br> Trademark Infringement - Terminated Franchise |
|---|---|
| VII. REQUESTED IN <br> COMPLAINT: | ☐ CHECK IF THIS IS A CLASS ACTION <br> UNDER F.R.C.P. 23 | **DEMAND $** | CHECK YES only if demanded in complaint: <br> JURY DEMAND:   ☐ Yes   ☒ No |
| VIII. RELATED CASE(S) <br> IF ANY | (See instructions):   JUDGE _____ | DOCKET NUMBER _____ |

| DATE | SIGNATURE OF ATTORNEY OF RECORD |
|---|---|
| 1/24/08 | *[signature]*   William B. Jameson |

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

**APPENDIX I**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

### CASE MANAGEMENT TRACK DESIGNATION FORM

| | | |
|---|---|---|
| Cottman Transmission Systems, LLC | : | CIVIL ACTION |
| | : | |
| v. | : | |
| James R. Wolfsgruber, | : | |
| JRW, Inc. | : | NO. |

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.)  In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a case management track designation form specifying the track to which that defendant believes the case should be assigned.

**SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:**

(a)  Habeas Corpus – Cases brought under 28 U.S.C. §2241 through §2255.                    (  )

(b)  Social Security – Cases requesting review of a decision of the Secretary of Health
        and Human Services denying plaintiff Social Security Benefits                              (  )

(c)  Arbitration – Cases required to be designated for arbitration under Local Civil Rule 53.2.   (  )

(d)  Asbestos – Cases involving claims for personal injury or property damage from
        exposure to asbestos.                                                                           (  )

(e)  Special Management – Cases that do not fall into tracks (a) through (d) that are
        commonly referred to as complex and that need special or intense management by
        the court. (See reverse side of this form for a detailed explanation of special
        management cases.)                                                                              (  )

(f)  Standard Management – Cases that do not fall into any one of the other tracks.          (x)

| | | |
|---|---|---|
| 1/24/08 | William B. Jameson | Plaintiff |
| **Date** | **Attorney-at-law** | **Attorney for** |
| (215) 643-5885 | (610) 664-5897 | wjameson@cottman.com |
| **Telephone** | **FAX Number** | **E-Mail Address** |

(Civ. 660) 10/02

UNITED STATES DISTRICT COURT                      **APPENDIX F**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA — DESIGNATION FORM to be used by counsel to indicate the category of the case for the purpose of assignment to appropriate calendar.**

Address of Plaintiff: 201 Gibraltar Road, Suite 150, Horsham, PA  19044

Address of Defendant: 1190 S. Wickham Road, W. Melbourne, FL 32904

Place of Accident, Incident or Transaction: 201 Gibraltar Road, Suite 150, Horsham, PA 19044
*(Use Reverse Side For Additional Space)*

Does this civil action involve a nongovernmental corporate party with any parent corporation and any publicly held corporation owning 10% or more of its stock?

   (Attach two copies of the Disclosure Statement Form in accordance with Fed.R.Civ.P. 7.1(a))__          Yes ☒   No ☐

Does this case involve multidistrict litigation possibilities?                                           Yes ☐   No ☒
*RELATED CASE, IF ANY:*

Case Number: _____ Judge _____ Date Terminated: _____

Civil cases are deemed related when yes is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?
                                                                                                        Yes ☐   No ☒

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?                                               Yes ☐   No ☒

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action in this court?                                     Yes ☐   No ☒

---

CIVIL: (Place ✔ in ONE CATEGORY ONLY)

A. *Federal Question Cases:*

1. ☐ Indemnity Contract, Marine Contract, and All Other Contracts
2. ☐ FELA
3. ☐ Jones Act-Personal Injury
4. ☐ Antitrust
5. ☐ Patent
6. ☐ Labor-Management Relations
7. ☐ Civil Rights
8. ☐ Habeas Corpus
9. ☐ Securities Act(s) Cases
10. ☐ Social Security Review Cases
11. ☒ All other Federal Question Cases
     (Please specify) Trademark Infringement - Lanham Act

B. *Diversity Jurisdiction Cases:*

1. ☐ Insurance Contract and Other Contracts
2. ☐ Airplane Personal Injury
3. ☐ Assault, Defamation
4. ☐ Marine Personal Injury
5. ☐ Motor Vehicle Personal Injury
6. ☐ Other Personal Injury (Please specify)
7. ☐ Products Liability
8. ☐ Products Liability — Asbestos
9. ☐ All other Diversity Cases
     (Please specify)

**ARBITRATION CERTIFICATION**
*(Check appropriate Category)*

I, William B. Jameson          , counsel of record do hereby certify:

   ☐ Pursuant to Local Civil Rule 53.2, Section 3(c)(2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs;

   ☒ Relief other than monetary damages is sought.

DATE: 1/24/08          _____          58949  (PA)
                        Attorney-at-Law                        Attorney I.D.#
                     William B. Jameson

**NOTE:** A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

---

I certify that, to my knowledge, the within case is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: 1/24/08          _____          58949  (PA)
                        Attorney-at-Law                        Attorney I.D.#
                     William B. Jameson

CIV. 609 (4/03)

**APPENDIX G**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

Cottman Transmission Systems, LLC                          :
                                                           :
                     V.                                    :          Civil Action
James R. Wolfsgruber,                                      :          No: _____
JRW, Inc.                                                  :

DISCLOSURE STATEMENT FORM

Please check one box:

☐          The nongovernmental corporate party, _____, in the
           above listed civil action does not have any parent corporation and publicly held
           corporation that owns 10% or more of its stock.

☑          The nongovernmental corporate party, _Cottman Transmission_ in the
           above listed civil action has the following parent corporation(s) and publicly held
           corporation(s) that owns 10% or more of its stock:

           _American Driveline Systems, Inc._

           _____

           _____


    1/24/08                                     _____[signature]_____
    Date                                              Signature

                     Counsel for:   Cottman Transmission Systems, LLC


**Federal Rule of Civil Procedure 7.1 Disclosure Statement**
        (a) WHO MUST FILE: NONGOVERNMENTAL CORPORATE PARTY.  A nongovernmental
corporate party to an action or proceeding in a district court must file two copies of a statement
that identifies any parent corporation and any publicly held corporation that owns 10% or more
of its stock or states that there is no such corporation.
        (b) TIME FOR FILING; SUPPLEMENTAL FILING.  A party must:
        (1)    file the Rule 7.1(a) statement with its first appearance, pleading, petition,
               motion, response, or other request addressed to the court, and
        (2)    promptly file a supplemental statement upon any change in the
               information that the statement requires.