UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

APP~~ENDIX G~~ **FILED**
JAN 24 2008
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

Cottman Transmission Systems, LLC  :
:
V.  : Civil Action
: No: _____
James R. Wolfsgruber,  :
JRW, Inc.  : **08 0369**

## DISCLOSURE STATEMENT FORM

Please check one box:

☐ The nongovernmental corporate party, _____, in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

☑ The nongovernmental corporate party, Cottman Transmission, in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

American Driveline Systems, Inc.
_____
_____

1/24/08                              _____
Date                                    Signature

            Counsel for:   Cottman Transmission Systems, LLC


**Federal Rule of Civil Procedure 7.1 Disclosure Statement**
    (a) WHO MUST FILE: NONGOVERNMENTAL CORPORATE PARTY. A nongovernmental corporate party to an action or proceeding in a district court must file two copies of a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.
    (b) TIME FOR FILING; SUPPLEMENTAL FILING. A party must:
        (1)   file the Rule 7.1(a) statement with its first appearance, pleading, petition, motion, response, or other request addressed to the court, and
        (2)   promptly file a supplemental statement upon any change in the information that the statement requires.

JAN 24 2008