O'BRIEN & O'BRIEN, LLP
BY: JOHN J. O'BRIEN, III, ESQUIRE
IDENTIFICATION NO. 26110           ATTORNEY FOR THE DEFENDANTS
SUITE 201
257 E. LANCASTER AVENUE
WYNNEWOOD, PA 19096

| COTTMAN TRANSMISSION SYSTEMS, LLC | : IN THE UNITED STATES<br>: DISTRICT COURT FOR THE<br>: EASTERN DISTRICT OF<br>: PENNSYLVANIA |
|---|---|
| vs. | |
| JAMES R. WOLFSGRUBER and JRW, INC. | : NO. 08 0369 |

**FILED**
FEB 18 2008
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

DEFENDANTS' ANSWER TO THE COMPLAINT

INTRODUCTION

Under Pennsylvania law it is improper to file two (2) actions in two (2) courts on the same issue. Spinelli vs. Maxwell, 243 A.2d 425 (Pa. 1968); Turner vs. Crawford, 449 F.3d 543 (3rd Cir. 2006). There is an identical case pending in Montgomery County, Pennsylvania. (Exhibit "A")

ANSWER

1. Denied as stated.

2. Denied as stated.

3. Denied as stated.

4-68. Denied, because under Pennsylvania law it is improper to file two (2) actions in two (2) courts on the same issue. Spinelli vs. Maxwell, 243 A.2d 425 (Pa. 1968); Turner vs. Crawford, 449 F.3d 543 (3rd Cir. 2006). There is an identical case pending in Montgomery County, Pennsylvania. (Exhibit "A")

WHEREFORE, the Complaint should be dismissed.

## ANSWER TO RELIEF SOUGHT

The Relief sought by Cottman should be denied because under Pennsylvania law it is improper to file two (2) actions in two (2) courts on the same issue. Spinelli vs. Maxwell, 243 A.2d 425 (Pa. 1968); Turner vs. Crawford, 449 F.3d 543 (3rd Cir. 2006). There is an identical case pending in Montgomery County, Pennsylvania. (Exhibit "A")

_____
JOHN J. O'BRIEN, III, ESQUIRE
ATTORNEY FOR THE DEFENDANTS

IN THE COURT OF COMMON PLEAS OF MONTGOMERY COUNTY, PENNSYLVANIA

CIVIL ACTION – LAW

COTTMAN TRANSMISSION :

VS. : NO: 07-21491

JAMES R. WOLFSGRUBER, ET AL :

**ORDER SUR MOTION TO OPEN AND/OR STRIKE THE JUDGMENT**

AND NOW, this 23RD day of JANUARY 2008, an Answer having been filed, the matter is ORDERED on the Argument List upon the filing of an Argument Praecipe, in duplicate, with the Office of the Prothonotary. Said Praecipe is not to be filed until discovery, if any is needed, is completed and if needed, discovery shall be completed within sixty (60) days from the date of this order.

BY THE COURT:

_____
Michael R. Kehs
Court Administrator

cc: JOHN J. O'BRIEN, III, ESQ

SPECIAL NOTE: COUNSEL FOR MOVING PARTY IS RESPONSIBLE TO SERVE COUNSEL FOR ALL OTHER PARTIES AND ALL UNREPRESENTED PARTIES WITH A COPY OF THIS ORDER AND SHALL FILE A CERTIFICATE OF SERVICE WITH THE PROTHONOTARY